JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-00473-ODW-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT this action is DISMISSED with prejudice.

Dated: May 14, 2025

_____
OTIS D. WRIGHT, II
United States District Judge